IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

        Plaintiff,                     No. CIV S-04-0694 DFL KJM P

    vs.

TERESA SCHWARTZ, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 29, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 29, 2005 are adopted in full; and

2. Defendants' December 30, 2004 motion to dismiss is granted as to defendant Mehta, but denied as to defendant Fisher.

DATED: 9/16/2005

*[signature]*

DAVID F. LEVI
United States District Judge