IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

        Plaintiff,                    No. CIV S-04-0694 DFL KJM P

    vs.

TERESA SCHWARTZ, et al.,

        Defendants.         ORDER

_____ /

        In light of the pending motion for summary judgment, the dates for filing pretrial statements, the pretrial conference, and trial are hereby vacated, to be reset if necessary, following resolution of the dispositive motion.

        IT IS SO ORDERED.

DATED: September 18, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

2
adam0694.vsch